# **EXHIBIT "B"**

Department of the Treasury
Internal Revenue Service
Director
1973 N. Rulon White Blvd.
Ogden, UT 84201

29251-235-12003-17

| MFT | Tax Period | Assessment Date | Trans Code |
|---|---|---|---|
| 30 | 201312 | 08/23/2017 | 370 |

Taxpayer

ALAN C DIXON
C/O CASTRO CO
121 S ORANGE 15TH
ORLANDO, FL 32801-3241

Notice Date: 08/23/2017
Name Control: DIXO
Taxpayer Identifying Number: ▶ ███7587
Form Number: 1040
Plan/Report Number:
Tax Period Ended: 12/31/2013

### Notice of Tax Due on Federal Tax Return

This is a notice of tax due on your tax return identified above. Please pay the amount shown as Balance Due when you receive this notice. Make your check payable to the **United States Treasury** and send it with a copy of this notice to the address shown above. If the balance due as shown below is incorrect because you made a recent payment, please send us the amount you believe you owe and an explanation of the difference.

**The balance due may include penalty and interest. If you have any questions concerning the balance due or penalty and interest computation call us at 800-829-0115 (Business filers) or 800-829-8374 (individual filers).**

| 31. Reference | 32. TC | 33. Assessment | 34. Adjustment or Credit | 35. Balance Due |
|---|---|---|---|---|
| 08/23/2017 ADD'L TAX | 290 | ███ | | |
| 08/23/2017 INTEREST | 190 | | | |

36. Reference Code: see enclosed notice

see enclosed notice

**DUPLICATE**—*(Keep for your records)*

Form **3552** (Rev. 2-2017) (Part 4)
Catalog Number 49356T