Case 2:19-cv-14101-MCA-LDW   Document 1-7   Filed 06/21/19   Page 1 of 4 PageID: 63

**EXHIBIT "G"**

```
***** FACSIMILE COVER SHEET *****

        FEB-26-2019 15:33


              Message To:
-------------------------------------
|                                   |
|          ☎8667007595              |
|                                   |
-------------------------------------


             Message From:
-------------------------------------
|                                   |
|          LB&I/stop 4115           |
|          813 367 8005             |
-------------------------------------


                 02
              Page(s)
      Following This Cover Page
```




# Internal Revenue Service
## Large Business & International
### International Individual Compliance
Territory 2 – Group 1556
2203 N Lois Avenue, Suite 500, Stop 4700
Tampa, FL 33607-2384
FAX (888) 254-8765

## Facsimile Cover Sheet

| | |
|---|---|
| **To:** John Anthony Castro | **From:** Anton Pukhalenko |
| **Phone Number:** (202) 594-4344 | **Phone Number:** (813) 367-8030 |
| **FAX Number:** (866) 700-7595 | **Date:** February 26, 2019 |
| **Stop / Room Number** | **Number of Copies** (include cover sheet): **2 (two)** |

This communication is intended for the sole use of the individual to whom it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient or the employee or agent for delivering the communication to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication may be strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone (collect if necessary), and return the communication at the address above via the United States Postal Service. Thank You.



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
Washington, D.C. 20224

LARGE BUSINESS AND INTERNATIONAL

February 26, 2019

<u>Via Facsimile</u>

John Anthony Castro
121 S. Orange Avenue
15th floor
Orlando, FL 32801

|  |  |
|---|---|
| RE: | Dixon, Alan C. |
| TIN: | ▇▇▇▇7584 |
| Form: | 872 |
| Tax Year: | 2015 |

Dear Mr. Castro:

I have received your fax transmitted at 12:21 a.m. this morning, as well as the voice message you left at 12:19 a.m. this morning. Please confirm by return fax that it is your client Alan C. Dixon's intention not to sign the Form 872, Consent to Extend the Time to Assess Tax, for the 2015 tax year. My fax number is (888) 254-8765. Thank you for your assistance.

Sincerely,

Anton Pukhalenko
Internal Revenue Agent