# "EXHIBIT H"

```
***** FACSIMILE COVER SHEET *****

         MAR-20-2019 14:30


              Message To:
    -----------------------------------
    |                                 |
    |        ☎8667007595              |
    |                                 |
    -----------------------------------


             Message From:
    -----------------------------------
    |                                 |
    |         LB&I/stop 4115          |
    |          813 367 8005           |
    -----------------------------------


                    02
                 Page(s)
         Following This Cover Page
```




# Internal Revenue Service
## Large Business & International
### International Individual Compliance
Territory 2 – Group 1556
2203 N Lois Avenue, Suite 500, Stop 4700
Tampa, FL 33607-2384
FAX (888) 254-8765

## Facsimile Cover Sheet

| | |
|---|---|
| **To:** John Anthony Castro | **From:** Anton Pukhalenko |
| **Phone Number:** (202) 594-4344 | **Phone Number:** (813) 367-8030 |
| **FAX Number:** (866) 700-7595 | **Date:** March 20, 2019 |
| **Stop / Room Number** | **Number of Copies** (include cover sheet): **2 (two)** |

This communication is intended for the sole use of the individual to whom it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient or the employee or agent for delivering the communication to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication may be strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone (collect if necessary), and return the communication at the address above via the United States Postal Service. Thank You.



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
Washington, D.C. 20224

**LARGE BUSINESS AND INTERNATIONAL**

March 20, 2019

<u>Via Facsimile</u>

John Anthony Castro
121 S. Orange Avenue
15th floor
Orlando, FL 32801

                                      **RE:** Dixon, Alan C.
                                      **TIN:** ███████7584
                                      **Form:** 872
                                      **Tax Year:** 2015

Dear Mr. Castro:

I am writing to follow-up on my fax dated February 27, 2019 sent to you. To date I have received no response. Please confirm whether or not you received the above-mentioned Form 872. Also, please advise whether, and when, I can expect the executed Form 872 with the wet-ink signatures. I also have not received copies of Form 2848 for tax years 2013 through 2017 for your client, nor a copy of an amended return for the 2015 tax year, if your client has filed one. I would appreciate your response and the requested documents at your earliest possible convenience. My fax number is (888) 254-8765.

Thank you in advance for your assistance.

                                                  Sincerely,

                                                  Anton Pukhalenko
                                                  Internal Revenue Agent