# EXHIBIT "M"

The Bethesda Office Building
1701 Pennsylvania Avenue NW
Suite 300
Washington DC 20006
+1 202 792 6600

The Bank of America Tower
701 Brickell Avenue
Suite 1550
Miami FL 33131
+1 305 747 7006

The North Plaza Tower
121 South Orange Avenue
Suite 1500
Orlando FL 32801
+1 407 990 1170



**CASTRO & CO.**
INTERNATIONAL TAX ATTORNEYS

Continental Bank Building
30 Broad Street
14th Floor
New York City NY 10004
+1 646 992 4550

Wells Fargo South Tower
355 South Grand Avenue
Suite 2450
Los Angeles CA 90071
+1 213 277 5580

North Galleria Tower
13155 Noel Road
9th Floor
Dallas TX 75240
+1 214 444 7010

May 31, 2019

Internal Revenue Service
Large Business and International
Attn: Anton Pukhalenko
2203 N. Lois Avenue
Suite 500, Stop 4700
Tampa, FL 33607-2384

**Re:      Formal Document Request for Alan C. Dixon, SSN████7587**

Anton Pukhalenko:

On March 25, 2019, we received a Formal Document Request (herein "FDR") from you via Certified Mail pursuant to 26 USC § 982. The FDR claimed that you had previously requested specific documents on Form 4564. As evidenced by the attached exhibit, the letter dated February 22, 2019, contained no such request. In fact, the letter specifically stated "During our telephone conversation, we will discuss items on your return… ***types of documents I will ask you to provide***… the examination process… [and] the date, time, and agenda of our first meeting." *See* Exhibit A, Pukhalenko Letter Dated February 22, 2019.

Your letter explicitly stated that you would verbally request the documents. There was no specific request for documents, and our discussions concluded with your acceptance that all documents had been provided. Your intentional and fraudulent misrepresentation of the February 22, 2019, letter could not be more self-evident, and it will most certainly be address in a court of law. To further your plot, **you falsified a fraudulently backdated Form 4564** purporting to have been mailed on "03/12/2019" with a due date of "03/22/2019," which is only ten days. If the United States Postal Service takes 7-10 business days (up to 14 calendar days) to deliver Certified Mail, assuming this fraudulently backdated Form 4564 was legitimate (which it is not), it would not even be possible to timely respond. **You violated federal law as well as infringed upon our client's 14th Amendment Constitutional Right to Procedural Due Process.**

You had missed the statutory deadline to complete your assessment for tax year 2014, which would entitle our client to his claim of refund for $1,588,653.  We made you aware that we had filed a case in the United States Court of Federal Claims for this refund.  **For having exercised our constitutional right to seek judicial relief, you retaliated by sending a letter dated March 29, 2019, proposing an assessment with a balance of** $72,740.  However, only three days later proposing an assessment with a balance of **$1,491,948**.  Bewildered as to the stark difference in the assessment as well as the assessment amount that was suspiciously nearly identical to the amount of the 2014 refund claim, we requested clarification from you.  We were not given an opportunity for an administrative appeal; another **violation of federal law, IRS rules and procedures, and our client's procedural due process rights guaranteed by the 14th Amendment of the United States Constitution**.

The statute of limitations for issuing a Notice of Deficiency expired on April 15, 2019.  Nevertheless, on April 30, 2019, you sent us a statutory Notice of Deficiency for $1,490,948 in tax and $14,548 in penalties for a total of $1,505,496.  A difference of only $83,157 from the 2014 refund claim that you were already aware we were suing for in the United States Court of Federal Claims.

On March 25, 2019, you issued a formal document request under 26 USC § 982 in an obvious, overzealous, desperate, and feeble attempt to toll the impending statute of limitations for tax year 2015.  This was an obvious attempt to **abuse the scope and purpose of Section 982**.  Because **you fabricated a false and fraudulently backdated Form 465 to substantiate the request, you violated federal law**, and we will be pursuing criminal prosecution.

IRS Restructuring and Reform Act of 1998, Pub. L. 105-206, Title I, Section 1203(a), the Commissioner "shall terminate the employment of any employee" that, pursuant to 1203(b), violates "any right under the Constitution… falsifying or destroying documents to conceal mistakes… [or] the Internal Revenue Manual for the purpose of retaliating against, or harassing, a taxpayer, taxpayer representative, or other."  The termination of your employment, however, will be the least of your concerns.

**In accordance with Internal Revenue Manual (IRM) § 13.1.15, you are hereby instructed to forward this letter and all attachments to your immediate Manager.  Failure to do so will further establish your flagrant disregard for the rule of law and guarantee your termination**.  Your Manager is required by federal law to complete Form 12217 to make a determination whether to refer this matter to the Treasury Inspector General for Tax Administration for criminal investigation.  See IRS Notice 99-27.

We will also be directly requesting the intervention of the U.S. Department of Justice for this intentional attempt to defraud our client of the refund to which he is lawfully entitled for tax years 2013, 2014, and 2015.  We will also be lobbying for intervention by the U.S. House Ways and

Means Committee as well as the U.S. Senate Finance Committee's Subcommittee on Taxation and IRS Oversight.

To answer the one and only question visible in the nearly 99%-redacted fraudulently backdated request, we will send you a copy of the Australian Income Tax Return that we had already provided for Dixon Advisory Group for which a check-the-box election was made to treat the entity as a disregarded entity for U.S. federal income tax purposes.  *See* Exhibit B, 2015 Australian Income Tax Return for Dixon Advisory Group.  *See* Exhibit C, 2015 Australian Income Correction Summary.  *See* Exhibit D, Approved Form SS-4 Recognizing Dixon Advisory Group as a Disregarded Entity.

Nevertheless, we will still be filing a Complaint and Motion to Quash the Formal Document Request in the United States District Court for the District of New Jersey next week wherein your criminal conduct will be addressed.  You will be called to testify and criminally perjure yourself.

Sincerely,

John Anthony Castro, J.D., LL.M.
*International Tax Attorney*
Managing Partner, Castro & Co.

Enclosures:
        Exhibit A, Pukhalenko Letter Dated February 22, 2019
        Exhibit B, 2015 Australian Income Tax Return for Dixon Advisory Group
        Exhibit C, 2015 Australian Income Correction Summary
        Exhibit D, Approved Form SS-4 Recognizing Dixon Advisory Group as a DRE

cc:
        U.S. House Ways and Means Committee
        U.S. Senate Finance Subcommittee on Taxation and IRS Oversight
        U.S. Department of Justice, Office of Public Corruption

Exhibit A
Pukhalenko Letter Dated February 22, 2019



**Department of the Treasury**
**Internal Revenue Service**
**Large Business and International**

2203 N Lois Avenue
Suite 500, Stop 4700
Tampa FL 33607-2384


Alan C. Dixon
C/O Castro & Co., LLC
121 S Orange Avenue, 15th Floor
Orlando, FL 32801

**Date:**
February 22, 2019
**Taxpayer ID number (last 4 digits):**
7587
**Form:**
1040
**Tax period(s):**
December 31, 2015
**Response due date:**
March 22, 2019
**Person to contact:**
Anton Pukhalenko
**Contact hours:**
9:30 AM - 6:00 PM
**Contact telephone number:**
(813) 367-8030
**Contact fax number:**
(888) 254-8765
**Employee ID number:**
1000815522

Dear Alan C. Dixon:

Your federal return for the period(s) shown above was selected for examination.

**What you need to do**
Please call me on or before the response date listed at the top of this letter. You may contact me at the telephone number and times provided above.

**What we will discuss**
During our telephone conversation, we will discuss:

- Items on your return that I will be examining.
- Types of documents I will ask you to provide.
- The examination process.
- Any concerns or questions you may have.
- The date, time and agenda for our first meeting.

The issues listed below are the preliminary items identified for examination. During the course of the examination, it may be necessary to add or reduce the list of items. If this should occur, I will advise you of the change.

| | | |
|---|---|---|
| • Dividends | • Foreign Tax Credit | • |
| • Capital Gain | • Business Income | • |
| • Other Income | • Interest Income | • |

**Someone may represent you**
You may have someone represent you during any part of this examination. If you decide you want representation, the representative you authorize will need a completed Form(s) 2848, *Power of Attorney and Declaration of Representative,* before we can discuss any of your tax matters.

**Letter 2205-A (Rev. 2-2017)**
Catalog Number 37456E

If you choose to have someone represent you, please provide a completed Form 2848 by our first appointment. You can mail or fax the form to me or have your representative provide it at the first appointment, if you won't be present. You can obtain Form 2848 from our office, from our web site, www.irs.gov or by calling (800) 829-3676.

If you filed a joint return, you and your spouse may attend the examination. If you and/or your spouse choose not to attend with your representative, you must provide completed Form(s) 2848. You should provide a separate Form 2848 for each spouse if you filed jointly even if you use the same representative.

**Your rights as a taxpayer**
We have enclosed Publication 1, *Your Rights as a Taxpayer* and Notice 609, *Privacy Act Notice*. The Declaration of Taxpayer Rights found in Publication 1 discusses general rules and procedures we follow in examinations. It explains what happens before, during, and after an examination, and provides additional sources of information.

A video presentation, "Your Guide to an IRS Audit," is available at http://www.irsvideos.gov/audit. The video explains the examination process and will assist you in preparing for your audit.

Thank you for your cooperation and I look forward to hearing from you on or before the response date provided above.

Sincerely,

Anton Pukhalenko
Revenue Agent

Enclosures:
Publication 1
Notice 609

Exhibit B
2015 Australian Income Tax Return for Dixon Advisory Group

2015 Company tax return
Dixon Advisory Group Limited
TFN: 94 644 163

RN: 100017101EC

Signature:...................................................................

# Company tax return

**2015**

[        ] to [        ]

Or specify period if part year or approved substitute period.

❶ Notes to help you prepare this tax return are in the *Company tax return instructions 2015* (the instructions), available from the ATO.

**WHEN COMPLETING THIS RETURN**
■ Print clearly, using a black pen only.
■ Use BLOCK LETTERS and print one character in each box.

| S | M | I | T | H | | S | T | | | | | | |

■ Place X in all applicable boxes.

## Company information

**Tax file number (TFN)** [▮▮▮▮]

**Name of company**

Dixon Advisory Group Limited

**Australian business number (ABN)**   73 080 207 076

**Previous name of company**
If the company name has changed, print the previous name **exactly** as shown on the last tax return lodged and show Australian company number (ACN) or Australian registered body number (ARBN).

ACN or ARBN [    ] [              ]

**Current postal address**
If the address has not changed, print it **exactly** as shown on the last tax return lodged.

C/- Pitcher Partners Sydney Pty Ltd

GPO Box 1615

| Suburb/town | State/territory | Postcode |
|---|---|---|
| SYDNEY | NSW | 2001 |

**Postal address on previous tax return**
If the address has changed, print the previous address **exactly** as shown on the last tax return lodged.

C/- Moore Stephens Sydney Pty Ltd

GPO Box 473

| Suburb/town | State/territory | Postcode |
|---|---|---|
| SYDNEY | NSW | 2001 |

**Business address of main business**

Level 15

100 Pacific Highway

| Suburb/town | State/territory | Postcode |
|---|---|---|
| NORTH SYDNEY | NSW | 2060 |

**Final tax return**   No [X]   Yes [ ]

2015 Company tax return
Dixon Advisory Group Limited
TFN: 94 644 163

RN: 100017101EC

Signature:.........................................................

## Electronic funds transfer (EFT)

We need your financial institution details to pay any refund owing to you, even if you have provided them to us before.
Write the BSB number, account number and account name below.
(See relevant instructions.)

BSB number (must be six digits) [        ]          Account number [        ]

Account name

Dixon Advisory Pty Limited

## 1   Ultimate holding company name and ABN or country code

ABN [                    ]          OR          Country code [        ]

### Immediate holding company name and ABN

ABN [                ]

## 2   Description of main business activity

Superannuation fund management service - on a fee or commission basis

Industry code **B** [    64190    ]          Percentage of foreign shareholding **A** [        ] %

## 3   Status of company – print $X$ in all applicable boxes.

| | | | |
|---|---|---|---|
| Resident **C1** [X] | Non-resident no permanent estab. **C2** [ ] | Non-resident with permanent estab. **C3** [ ] | |
| Cooperative **D1** [ ] | Non-profit **D3** [ ] | Strata title **D4** [ ] | Pooled development fund **D5** [ ] |
| Limited partnership **D6** [ ] | Corporate unit trust **D7** [ ] | Public trading trust **D8** [ ] | Private **D9** [X] |
| Public **D10** [ ] | FHSA Trust **D11** [ ] | | |
| Multiple business **E1** [ ] | Ceased business **E2** [ ] | Commenced business **E3** [ ] | |
| Consolidated head company **Z1** [X] | Consolidated subsidiary member **Z2** [ ] | | |

## 4   Interposed entity election status

If the company has an existing election, write the earliest income year specified.
If the company is making one or more elections this year, write the earliest income year being specified and complete an *Interposed entity election or revocation 2015* for each election.

**L** [        ]

If revoking an interposed entity election, print **R** and complete and attach the *Interposed entity election or revocation 2015*.

[   ]

## 5   Taxation of financial arrangements (TOFA)

Did you make a gain, loss or transitional balancing adjustment from a financial arrangement subject to the TOFA rules?          **M** Yes [X]   No [ ]

**Sensitive** (when completed)

2015 Company tax return
Dixon Advisory Group Limited
TFN: 94 644 163

RN: 100017101EC

Signature: .........................................................................................................

**Company ABN** | 73 080 207 076

---

# Information statement – To be completed by all companies

## 6 Calculation of total profit or loss

### Income

| | | | |
|---|---|---|---|
| Gross payments subject to foreign resident withholding | **B** $ | | ·00 |
| Gross payments where ABN not quoted | **A** $ | | ·00 |
| Other sales of goods and services | **C** $ | 124,774,263 | ·00 |
| Gross distribution from partnerships | **D** $ | | ·00 / CODE |
| Gross distribution from trusts | **E** $ | | ·00 CODE |
| Forestry managed investment scheme income | **X** $ | | ·00 |
| Gross interest | **F** $ | 985,058 | ·00 |
| Gross rent and other leasing and hiring income | **G** $ | | ·00 |
| Total dividends | **H** $ | 950,000 | ·00 |
| Fringe benefit employee contributions | **I** $ | | ·00 |
| Assessable government industry payments | **Q** $ | | ·00 / CODE |
| Unrealised gains on revaluation of assets to fair value | **J** $ | 995,852 | ·00 |
| Income from financial arrangements (TOFA) | **K** $ | | ·00 |
| Other gross income | **R** $ | 3,080,349 | ·00 / |
| **Total income** | **S** $ | 130,785,522 | ·00 / |

**Sensitive** (when completed)

2015 Company tax return
Dixon Advisory Group Limited
TFN: 94 644 163

RN: 100017101EC

Signature:.....................................................................................

## 6   Calculation of total profit or loss – *continued*

### Expenses



| | | | Amount |
|---|---|---|---|
| Foreign resident withholding expenses | **B** $ | | ·00 |
| Cost of sales | **A** $ | 0 | ·00 / |
| Contractor, sub-contractor and commission expenses | **C** $ | | ·00 |
| Superannuation expenses | **D** $ | 1,911,836 | ·00 |
| Bad debts | **E** $ | 6,891 | ·00 |
| Lease expenses within Australia | **F** $ | | ·00 |
| Lease expenses overseas | **I** $ | | ·00 |
| Rent expenses | **H** $ | 2,559,502 | ·00 |
| Interest expenses within Australia | **V** $ | 98,107 | ·00 |
| Interest expenses overseas | **J** $ | | ·00 |
| Royalty expenses overseas | **U** $ | | ·00 |
| Royalty expenses Australia | **W** $ | | ·00 |
| Depreciation expenses | **X** $ | 1,318,547 | ·00 |
| Motor vehicle expenses | **Y** $ | 32,465 | ·00 |
| Repairs and maintenance | **Z** $ | 86,517 | ·00 |
| Unrealised losses on revaluation of assets to fair value | **G** $ | | ·00 |
| Expenses from financial arrangements (TOFA) | **L** $ | | ·00 |
| All other expenses | **S** $ | 104,358,818 | ·00 |
| **Total expenses** | **Q** $ | 110,372,683 | ·00 / |

Complete and attach an *International dealings schedule 2015*.

Do you have a non-resident withholding payment or reporting obligation? See instructions.

### Total profit or loss

| | | | |
|---|---|---|---|
| Subtract **Total expenses Q** from **Total income S** | **T** $ | 20,412,839 | ·00 / |

**Sensitive** (when completed)   COMPANY TAX RETURN 2015

2015 Company tax return
Dixon Advisory Group Limited
TFN: 94 644 163

RN: 100017101EC

Signature:.................................................................

**Company ABN** | 73 080 207 076

## 7   Reconciliation to taxable income or loss

| | | |
|---|---|---|
| Total profit or loss amount shown at **T** item 6 | **$** | 20,412,839 · 00 / |
| Did you have a CGT event during the year? **G** | Yes X   No | Answer **Yes** at **G** if the company had an amount of a capital gain from a trust. |
| Have you applied an exemption or rollover? **M** | Yes   No X / CODE | |

🛈 Do you need to complete a *Capital gains tax (CGT) schedule 2015*?

*Add:*

| | | |
|---|---|---|
| Net capital gain | **A** $ | · 00 |
| Non-deductible exempt income expenditure | **U** $ | · 00 |
| Franking credits | **J** $ | 407,143 · 00 |
| Australian franking credits from a New Zealand company | **C** $ | · 00 |
| TOFA income from financial arrangements not included in item 6 | **E** $ | · 00 |
| Other assessable income | **B** $ | 1,411,045 · 00 |
| Non-deductible expenses | **W** $ | 6,971,751 · 00 |
| Accounting expenditure in item **6** subject to R&D tax incentive | **D** $ | · 00 |
| Subtotal | $ | 29,202,778 · 00 / |

*Less:*

Complete and attach an *International dealings schedule 2015.*

| | | |
|---|---|---|
| Section 46FA deductions for flow-on dividends | **C** $ | · 00 |
| Deduction for decline in value of depreciating assets | **F** $ | 1,178,552 · 00 |
| Forestry managed investment scheme deduction | **U** $ | · 00 |
| Immediate deduction for capital expenditure | **E** $ | · 00 |
| Deduction for project pool | **H** $ | · 00 |
| Capital works deductions | **I** $ | 135,637 · 00 |
| Section 40-880 deduction | **Z** $ | · 00 |
| Landcare operations and deduction for decline in value of water facility | **N** $ | · 00 |
| Deduction for environmental protection expenses | **O** $ | · 00 |
| Offshore banking unit adjustment | **P** $ | · 00 |

Do you need to complete the *International dealings schedule 2015?*

2015 Company tax return
Dixon Advisory Group Limited
TFN: 94 644 163

RN: 100017101EC

Signature: ........................................................................................

**Less:** – continued

| | | | | |
|---|---|---|---|---|
| Exempt income | **V** | $ | | ·00 |
| Other income not included in assessable income | **Q** | $ | 2,223,656 | ·00 |
| TOFA deductions from financial arrangements not included in item 6 | **W** | $ | | ·00 |
| Other deductible expenses | **X** | $ | 1,158 | ·00 |
| Tax losses deducted | **R** | $ | | ·00 |
| Tax losses transferred in (from or to a foreign bank branch or a PE of a foreign financial entity) | **S** | $ | | ·00 |

Do you need to complete a *Losses schedule 2015*?

| | | | | |
|---|---|---|---|---|
| Subtraction items subtotal | | $ | 3,539,003 | ·00 / |

| | | | | |
|---|---|---|---|---|
| *Taxable/net income or loss | **T** | $ | 25,663,775 | ·00 / |

*(an amount must be included even if it is zero)*

## 8   Financial and other information

| | | | | |
|---|---|---|---|---|
| Functional currency translation rate | **N** | | | |
| Functional currency chosen | **O** | | | |
| Opening stock | **A** | $ | | ·00 |
| Purchases and other costs | **S** | $ | | ·00 |
| Closing stock | **B** | $ | | ·00 / CODE |
| Trading stock election | | Yes ☐   No ☐ | | |
| Trade debtors | **C** | $ | 8,020,837 | ·00 |
| All current assets | **D** | $ | 38,910,061 | ·00 |
| Total assets | **E** | $ | 52,809,098 | ·00 |
| Trade creditors | **F** | $ | 1,620,411 | ·00 |
| All current liabilities | **G** | $ | 34,861,624 | ·00 |
| Total liabilities | **H** | $ | 35,768,996 | ·00 |
| Total debt | **J** | $ | 820,095 | ·00 |
| Commercial debt forgiveness | **K** | $ | | ·00 |
| Franked dividends paid | **J** | $ | 19,095,000 | ·00 |
| Unfranked dividends paid | **K** | $ | | ·00 |
| Franking account balance | **M** | $ | 5,040,665 | ·00 |

**Sensitive** (when completed)   COMPANY TAX RETURN 2015

2015 Company tax return
Dixon Advisory Group Limited
TFN: 94 644 163

RN: 100017101EC

Signature:...........................................................................

## 8   Financial and other information – *continued*

| | | | | |
|---|---|---|---|---|
| Excess franking offsets | **H** $ | | 0 | ·00 |
| Loans to shareholders and their associates | **N** $ | | | ·00 / CODE |
| Total salary and wage expenses | **D** $ | | 30,031,543 | ·00 / CODE A |
| Payments to associated persons | **Q** $ | | 9,481,980 | ·00 |
| Gross foreign income | **G** $ | | 14,128,296 | ·00 |
| Net foreign income | **R** $ | | 14,128,296 | ·00 / |

Attributed foreign income

| | | | | |
|---|---|---|---|---|
| Listed country | **B** $ | | | ·00 |
| Section 404 country | **C** $ | | | ·00 |
| Unlisted country | **U** $ | | | ·00 |
| Transferor trust | **V** $ | | | ·00 |
| Total TOFA gains | **T** $ | | 985,058 | ·00 |
| Total TOFA losses | **U** $ | | | ·00 |
| TOFA transitional balancing adjustment | **R** $ | | | ·00 / |
| TOFA gains from unrealised movements in the value of financial arrangements | **S** $ | | | ·00 |

Do you need to complete a *Losses schedule 2015*?

## 9   Capital allowances

**Depreciating assets first deducted in this income year**

| | | | | |
|---|---|---|---|---|
| Intangible depreciating assets first deducted | **A** $ | | 828,253 | ·00 |
| Other depreciating assets first deducted | **B** $ | | 141,559 | ·00 |
| Have you self-assessed the effective life of any of these assets? | **C** | Yes ☐   No ☒ | | |

**For all depreciating assets**

| | | | | |
|---|---|---|---|---|
| Did you recalculate the effective life for any of your assets this income year? | **D** | Yes ☐   No ☒ | | |
| Total adjustable values at end of income year | **E** $ | | 6,127,403 | ·00 |
| Assessable balancing adjustments on the disposal of intangible depreciating assets | **F** $ | | | ·00 |
| Deductible balancing adjustments on the disposal of intangible depreciating assets | **G** $ | | | ·00 |
| Termination value of intangible depreciating assets | **H** $ | | | ·00 |
| Termination value of other depreciating assets | **I** $ | | 106,971 | ·00 |

**For entities connected with mining operations, exploration or prospecting**

| | | | | |
|---|---|---|---|---|
| Total mining capital expenditure and/or transport capital that you allocated to a project pool and for which you can claim a deduction this income year | **J** $ | | | ·00 |
| Total deduction for decline in value of intangible depreciating assets used in exploration or prospecting | **K** $ | | | ·00 |
| Total deduction for decline in value of other depreciating assets used in exploration or prospecting | **L** $ | | | ·00 |

2015 Company tax return
Dixon Advisory Group Limited
TFN: 94 644 163

RN: 100017101EC

Signature: ........................................................................................

**10 Small business entity simplified depreciation**

| | | | |
|---|---|---|---|
| Deduction for certain assets | **A** $ | | ·00 |
| Deduction for general small business pool | **B** $ | | ·00 |

**11 Consolidation deductions relating to rights to future income, consumable stores and work in progress**

| | | | |
|---|---|---|---|
| Pre rules deductions | **D** $ | | ·00 |
| Interim rules deductions | **E** $ | | ·00 |
| Prospective rules deductions | **F** $ | | ·00 |

**12 National rental affordability scheme**

| | | |
|---|---|---|
| National rental affordability scheme tax offset entitlement | **J** $ | |

**13 Losses information**

Complete and attach a *Consolidated groups losses schedule 2015* or a *Losses schedule 2015*, as applicable, if the sum of **U** and **V** is greater than $100,000. Refer to the applicable schedule instructions for full details of who must complete the schedule.

| | | | |
|---|---|---|---|
| Tax losses carried forward to later income years | **U** $ | | ·00 |
| Net capital losses carried forward to later income years | **V** $ | 8,208 | ·00 |

**14 Personal services income**

Does your income include an individual's personal services income?   **N**   Yes ☐   No ☒

| | | | |
|---|---|---|---|
| Total amount of PSI included at item 6 income labels | **A** $ | | ·00 |
| Total amount of deductions against PSI included at item 6 expense labels | **B** $ | | ·00 |

Did you satisfy the results test in respect of any individual?   **C**   Yes ☐   No ☐

Do you hold a personal services business (PSB) determination in respect of any individual?   **D**   Yes ☐   No ☐

For any individual for whom you did not satisfy the results test or hold a PSB determination, and each source of their PSI income yielded less than 80% of their total PSI, indicate if you satisfied any of the following personal services business tests – print X in the appropriate box(es).

Unrelated clients test **E1** ☐      Employment test **E2** ☐      Business premises test **E3** ☐

**15 Licensed clubs only**      Percentage of non-member income   **A** ☐ %

**Sensitive** (when completed)   COMPANY TAX RETURN 2015

2015 Company tax return
Dixon Advisory Group Limited
TFN: 94 644 163

RN: 100017101EC

Signature:...................................................................................................................

---

**16  Life insurance companies and friendly societies only**

| | | | | | |
|---|---|---|---|---|---|
| Complying superannuation/ FHSA class | **B** | $ | | | ·00 |
| Net capital gain – complying superannuation/FHSA class | **C** | $ | | | ·00 |
| Net capital gain – ordinary class | **D** | $ | | | ·00 |
| Assessable contributions | **E** | $ | | | ·00 |
| Fees and charges | **F** | $ | | | ·00 |

---

**17  First home saver account (FHSA) providers only**

| | | | | | |
|---|---|---|---|---|---|
| Amounts credited to FHSAs | **L** | $ | | | ·00 |
| Fees and charges applied to FHSAs | **M** | $ | | | ·00 |
| Net amounts credited to FHSAs | **N** | $ | | | ·00 |

---

**18  Pooled development funds**

| | | | | | |
|---|---|---|---|---|---|
| Small and medium sized enterprises income | **G** | $ | | | ·00 |
| Unregulated investment income | **H** | $ | | | ·00 |

---

**19  Retirement savings accounts (RSAs) providers only**

| | | | |
|---|---|---|---|
| No-TFN contributions income | **U** | $ | ·00 |

*(an amount must be included even if it is zero)*

| | | | |
|---|---|---|---|
| Income tax payable on no-TFN contributions income | **X** | $ | |

*(an amount must be included even if it is zero)*

| | | | |
|---|---|---|---|
| Net taxable income from RSAs | **V** | $ | ·00 |

---

**20  Foreign income tax offset**

| | | |
|---|---|---|
| Foreign income tax offset | **J** | $ |

---

**21  Research and development tax incentive**

**Non-refundable R&D tax offset**

Include total amounts from labels **A** and **B** in calculation statement at label **D** – *Non-refundable carry forward tax offsets*

| | | |
|---|---|---|
| Non-refundable R&D tax offset | **A** | $ |
| Non-refundable R&D tax offset carried forward from previous year | **B** | $ |
| Non-refundable R&D tax offset to be utilised in current year | **C** | $ |
| Non-refundable R&D tax offset carried forward to next year | **D** | $ |

(**A** *plus* **B** *less* **C**)

**Refundable R&D tax offset**

Include amount in calculation statement at label **E** – *Refundable tax offsets*

| | | |
|---|---|---|
| Refundable R&D tax offset | **U** | $ |

If you have completed labels **A** or **U** a *Research and development tax incentive schedule 2015* is required to be completed and lodged with your Company tax return.

**Feedstock adjustment**

| | | |
|---|---|---|
| Feedstock adjustment – additional assessable income | **W** | $ |

(include this amount at item 7B – Other assessable income)

---

**22  Internet trading**

| | | | | |
|---|---|---|---|---|
| Did you sell any goods or services using the internet? | **Q** | Yes ☐ | No ☒ |

---

**23  Reportable tax position**

| | | | | |
|---|---|---|---|---|
| Are you required to lodge a reportable tax position schedule? | **B** | Yes ☐ | No ☒ |

If you answered **Yes** at **B** complete and attach a *Reportable tax position schedule 2015.*

---

2015 Company tax return
Dixon Advisory Group Limited
TFN: 94 644 163

RN: 100017101EC

Signature:..................................................................................

# Overseas transactions or interests/thin capitalisation

– the following questions must be answered.

If you answer **Yes** at item **25**, **26** or **27** complete and attach an *International dealings schedule 2015*.

### International related party dealings/transfer pricing

**24** Did you have any transactions or dealings with international related parties (irrespective of whether they were on revenue or capital account)? Such transactions or dealings include the transfer of tangible or intangible property and any new or existing financial arrangements.

**X** Yes |X|  No | |

**25** Was the aggregate amount of the transactions or dealings with international related parties (including the value of property transferred or the balance outstanding on any loans) greater than $2 million?

**Y** Yes |X|  No | |

### 26 Overseas interests

Did you have overseas branch operations or a direct or indirect interest in a foreign trust, foreign company, controlled foreign entity or transferor trust?

**Z** Yes |X|  No | |

### 27 Thin capitalisation

Did the thin capitalisation provisions affect you?

**O** Yes | |  No |X|

### 28 Transactions with specified countries

Did you directly or indirectly send to, or receive from, one of the countries specified in the instructions, any funds or property OR

Do you have the ability or expectation to control, whether directly or indirectly, the disposition of any funds, property, assets or investments located in, or located elsewhere but controlled or managed from one of those countries?

**I** Yes | |  No |X|

**Sensitive** (when completed)

2015 Company tax return
Dixon Advisory Group Limited
TFN: 94 644 163

RN: 100017101EC

Signature: ............................................................................................

# Calculation statement

**\*Important:** Item 7 label **T** and labels **A**, **T1**, **T5** and **I** of the calculation statement are mandatory. If you leave these labels blank, you will have specified a zero amount.

Please refer to the *Company tax return instructions 2015* on how to complete the calculation statement.

| | | | |
|---|---|---|---|
| \*Taxable or net income | **A** | $ | 25,663,775 ·00 |
| | | | *(an amount must be included even if it is zero)* |
| \*Tax on taxable or net income | **T1** | $ | 7,699,132.50 |
| | | | *(an amount must be included even if it is zero)* |
| R&D recoupment tax | **M** | $ | |
| Gross tax | **B** | $ | 7,699,132.50 |
| | | | *(**T1** plus **M**)* |
| Non-refundable non-carry forward tax offsets | **C** | $ | 407,143.00 |
| Subtotal 1 | **T2** | $ | 7,291,989.50 |
| | | | *(**B** less **C** – cannot be less than zero)* |
| Non-refundable carry forward tax offsets | **D** | $ | |
| Subtotal 2 | **T3** | $ | 7,291,989.50 |
| | | | *(**T2** less **D** – cannot be less than zero)* |
| Refundable tax offsets | **E** | $ | |
| Subtotal 3 | **T4** | $ | 7,291,989.50 |
| | | | *(**T3** less **E** – cannot be less than zero)* |
| Franking deficit tax offset | **F** | $ | |
| \*TAX PAYABLE | **T5** | $ | 7,291,989.50 |
| | | | *(**T4** less **F** – cannot be less than zero, an amount must be included even if it is zero)* |

| Credit for interest on early payments – amount of interest | | Section 102AAM interest charge | |
|---|---|---|---|
| **H1** $ | | **G** $ | |
| Credit for tax withheld – foreign resident withholding | | | |
| **H2** $ ·00 | | | |
| Credit for tax withheld where ABN is not quoted | | | |
| **H3** $ ·00 | | | |
| Tax withheld from interest or investments | | | |
| **H4** $ | | | |
| Credit for TFN amounts withheld from payments from closely held trusts | | Eligible credits | |
| **H5** $ | | **H** $ | |
| Other credits | | *(Add **H1**, **H2**, **H3**, **H4**, **H5** and **H7**)* | |
| **H7** $ | | | |

| | | | |
|---|---|---|---|
| \*Tax offset refunds<br>*(Remainder of refundable tax offsets)* | **I** | $ | 0.00 |
| | | | *(unused amount from label **E** – an amount must be included even if it is zero)* |
| PAYG instalments raised | **K** | $ | 3,775,163.00 |
| AMOUNT DUE OR REFUNDABLE<br>A positive amount at **S** is what you owe,<br>while a negative amount is refundable to you. | **S** | $ | 3,516,826.50 |
| | | | *(**T5** plus **G** less **H** less **I** less **K**)* |

2015 Company tax return
Dixon Advisory Group Limited
TFN: 94 644 163

RN: 100017101EC

Signature:............................................................................

# Declarations

### Tax agent's declaration:

I, Pitcher Partners Sydney Pty Ltd

declare that this tax return has been prepared in accordance with information provided by the taxpayer, that the taxpayer has given me a declaration stating that the information provided to me is true and correct and that the taxpayer has authorised me to lodge this tax return.

Agent's signature

Client's reference

3475

Date

Contact name

Jason Yao

| Agent's phone number (include area code) | | Agent's reference number |
|---|---|---|
| 02 | 82367700 | 14816 007 |

## PUBLIC OFFICER'S DECLARATION

**Important**

Before making this declaration check to ensure that all income has been disclosed and the tax return, all attached schedules and any additional documents are true and correct in every detail. If you leave labels blank, you will have specified a zero amount or the label was not applicable to you. If you are in doubt about any aspect of the tax return, place all the facts before the ATO. The income tax law imposes heavy penalties for false or misleading statements in tax returns.

**This declaration must be signed by the public officer.**

**Privacy**

Taxation law authorises the ATO to collect information including personal information about the person authorised to sign the declaration. For information about your privacy go to **ato.gov.au/privacy**

**DECLARATION:**

I declare that the information on this tax return, all attached schedules and any additional documents is true and correct.

Public officer's signature

Date  11/1/16

Public officer's name

Tristan O'Connell

Daytime contact number (include area code)

0294323036

Hours taken to prepare and complete this tax return  **J**

**Sensitive** (when completed)   COMPANY TAX RETURN 2015

2015 International dealings schedule
Dixon Advisory Group Limited
TFN: 94 644 163

RN: 100017101ID

Signature: ...................................................................

# International dealings schedule **2015**

**WHEN COMPLETING THIS FORM**
■ Print clearly in BLOCK LETTERS using a black pen only.

| S | M | I | T | H | | S | T | | | | | | | | |

■ Place  X  in ALL applicable boxes.

**HOW TO COMPLETE THIS FORM**
For explanations and instructions on how to complete this schedule, refer to the *International dealings schedule – instructions 2015*, available from our website at **ato.gov.au**

---

**1    This schedule forms part of the tax return of:**

Name of entity

| Dixon Advisory Group Limited |

Tax file number   | 94 644 163 |

Australian business number (ABN)   | 73 080 207 076 |

---

## Section A: **International related party dealings**

**2    Is the total of your international related party dealings over $2 million?**

**A** No ☐ ▶ Go to question 17      Yes ☒

**3    Did you have dealings with international related parties, apart from the dealings with related parties located in specified countries?**

**A** No ☐      Yes ☒ ▶ Provide the following information for the three countries with the highest dollar value of related party dealings.

| Foreign country | | Activity code | | Expenditure | | | Revenue | | |
|---|---|---|---|---|---|---|---|---|---|
| **B** USA | **C** | 3 | **D** $ | | ·00 | **E** $ | 14,128,296 | ·00 |
| | **C** | 1 | **D** $ | | ·00 | **E** $ | 1,443,098 | ·00 |
| | **C** | 4 | **D** $ | | ·00 | **E** $ | 518,504 | ·00 |
| All other amounts | **F** $ | | | | ·00 | **G** $ | | ·00 |
| **H** | **I** | | **J** $ | | ·00 | **K** $ | | ·00 |
| | **I** | | **J** $ | | ·00 | **K** $ | | ·00 |
| | **I** | | **J** $ | | ·00 | **K** $ | | ·00 |
| All other amounts | **L** $ | | | | ·00 | **M** $ | | ·00 |
| **N** | **O** | | **P** $ | | ·00 | **Q** $ | | ·00 |
| | **O** | | **P** $ | | ·00 | **Q** $ | | ·00 |
| | **O** | | **P** $ | | ·00 | **Q** $ | | ·00 |
| All other amounts | **R** $ | | | | ·00 | **S** $ | | ·00 |

2015 International dealings schedule

Dixon Advisory Group Limited

TFN: 94 644 163

RN: 100017101ID

Signature:..........................................................................................

**4**   **Did you have dealings with international related parties located in specified countries?**

A  No [X]     Yes [ ]   Provide the following information for the three specified countries with the highest dollar value of related party dealings.

| Specified country | Activity code | Expenditure | | Revenue | |
|---|---|---|---|---|---|
| B [ ] | C [ ] | D $ [ ] ·00 | E $ [ ] ·00 | | |
| | C [ ] | D $ [ ] ·00 | E $ [ ] ·00 | | |
| | C [ ] | D $ [ ] ·00 | E $ [ ] ·00 | | |
| All other amounts | | F $ [ ] ·00 | G $ [ ] ·00 | | |
| H [ ] | I [ ] | J $ [ ] ·00 | K $ [ ] ·00 | | |
| | I [ ] | J $ [ ] ·00 | K $ [ ] ·00 | | |
| | I [ ] | J $ [ ] ·00 | K $ [ ] ·00 | | |
| All other amounts | | L $ [ ] ·00 | M $ [ ] ·00 | | |
| N [ ] | O [ ] | P $ [ ] ·00 | Q $ [ ] ·00 | | |
| | O [ ] | P $ [ ] ·00 | Q $ [ ] ·00 | | |
| | O [ ] | P $ [ ] ·00 | Q $ [ ] ·00 | | |
| All other amounts | | R $ [ ] ·00 | S $ [ ] ·00 | | |

**5**   **Did you have any international related party dealings involving tangible property of a revenue nature, including trading stock and raw materials?**

A  No [X]     Yes [ ]   Provide the following information

Tangible property of a revenue nature including trading stock and raw materials

| Expenditure | Revenue | Main pricing methodology | Percentage of dealings with documentation code |
|---|---|---|---|
| C $ [ ] ·00 | D $ [ ] ·00 | E [ ] | F [ ] |

**6**   **Did you have any international related party dealings involving royalties or licence fees?**

A  No [X]     Yes [ ]   Provide the following information

**6a**  Royalties

| Deductions | Income | Main pricing methodology | Percentage of dealings with documentation code |
|---|---|---|---|
| C $ [ ] ·00 | D $ [ ] ·00 | E [ ] | F [ ] |

**6b**  Licence fees

| Deductions | Income | Main pricing methodology | Percentage of dealings with documentation code |
|---|---|---|---|
| C $ [ ] ·00 | D $ [ ] ·00 | E [ ] | F [ ] |

**7**   **Did you have any international related party dealings involving rent or leasing?**

A  No [X]     Yes [ ]   Provide the following information

Rent/leasing

| Expenditure | Revenue | Main pricing methodology | Percentage of dealings with documentation code |
|---|---|---|---|
| C $ [ ] ·00 | D $ [ ] ·00 | E [ ] | F [ ] |

2015 International dealings schedule
Dixon Advisory Group Limited
TFN: 94 644 163

RN: 100017101ID

Signature:................................................................................

**8    Did you have any service arrangements with international related parties?**

A  No ☐      Yes ☒ ▸ Provide the following information

**8a   Treasury related services**

Expenditure

C $ [                    ] · 00

Revenue

D $ [                    ] · 00

Main pricing methodology    Percentage of dealings with documentation code

E [      ]    F [      ]

**8b   Management and administration services**

Expenditure

C $ [                    ] · 00

Revenue

D $ [         1,443,098 ] · 00

Main pricing methodology    Percentage of dealings with documentation code

E [ 05 ]    F [ 6 ]

**8c   Insurance**

Expenditure

C $ [                    ] · 00

Revenue

D $ [                    ] · 00

Main pricing methodology    Percentage of dealings with documentation code

E [      ]    F [      ]

**8d   Reinsurance**

Expenditure

C $ [                    ] · 00

Revenue

D $ [                    ] · 00

Main pricing methodology    Percentage of dealings with documentation code

E [      ]    F [      ]

**8e   Research and development**

Expenditure

C $ [                    ] · 00

Revenue

D $ [                    ] · 00

Main pricing methodology    Percentage of dealings with documentation code

E [      ]    F [      ]

**8f   Sales and marketing services**

Expenditure

C $ [                    ] · 00

Revenue

D $ [                    ] · 00

Main pricing methodology    Percentage of dealings with documentation code

E [      ]    F [      ]

**8g   Software and information technology services**

Expenditure

C $ [                    ] · 00

Revenue

D $ [                    ] · 00

Main pricing methodology    Percentage of dealings with documentation code

E [      ]    F [      ]

**8h   Technical services**

Expenditure

C $ [                    ] · 00

Revenue

D $ [                    ] · 00

Main pricing methodology    Percentage of dealings with documentation code

E [      ]    F [      ]

**8i   Logistics**

Expenditure

C $ [                    ] · 00

Revenue

D $ [                    ] · 00

Main pricing methodology    Percentage of dealings with documentation code

E [      ]    F [      ]

**8j   Asset management**

Expenditure

C $ [                    ] · 00

Revenue

D $ [        14,128,296 ] · 00

Main pricing methodology    Percentage of dealings with documentation code

E [ 11 ]    F [ 6 ]

**8k   Other services** (specify in label H below)

Expenditure

C $ [                    ] · 00

Revenue

D $ [                    ] · 00

Main pricing methodology    Percentage of dealings with documentation code

E [      ]    F [      ]

Description

H [                                                                              ]

2015 International dealings schedule
Dixon Advisory Group Limited
TFN: 94 644 163

RN: 100017101ID

Signature: ...................................................................................

**9**    **Did you have any derivative transactions with international related parties?**

A   No |X|     Yes | | ▶ Provide the following information

**9a**   **Derivatives**

| | Expenditure | | | Revenue | | | Main pricing methodology | Percentage of dealings with documentation code |
|---|---|---|---|---|---|---|---|---|
| C $ | | ·00 | D $ | | ·00 | E | | F |

**9b**   **Principal derivative types**

| | Derivative code | | Derivative code | | Derivative code |
|---|---|---|---|---|---|
| G1 | | G2 | | G3 | |

**9c**   Did you engage in the trading of derivatives globally through a trading structure in which you shared global profits from these activities with international related parties?

H   No | |     Yes | |

**10**   **Did you enter into any debt factoring or securitisation arrangements with international related parties?**

A   No |X|     Yes | | ▶ Provide the following information

**10a Debt factoring**

| | Book value | | | Consideration | | | Main pricing methodology | Percentage of dealings with documentation code |
|---|---|---|---|---|---|---|---|---|
| C $ | | ·00 | D $ | | ·00 | E | | F |

**10b Securitisation**

| | Book value | | | Consideration | | | Main pricing methodology | Percentage of dealings with documentation code |
|---|---|---|---|---|---|---|---|---|
| C $ | | ·00 | D $ | | ·00 | E | | F |

**11**   **Did you have any dealings of a financial nature other than those listed in Questions 9 and 10 with international related parties?**

A   No | |     Yes |X| ▶ Provide the following information

| | Interest bearing loans – Average balance | | | Interest free loans – Average balance | |
|---|---|---|---|---|---|
| **11a Amounts borrowed**   I $ | | ·00 | K $ | 691,646 | ·00 |
| **11b Amounts loaned**   I $ | 6,318,621 | ·00 | K $ | 31,539 | ·00 |

**11c Interest**

| | Expenditure | | | Revenue | | | Main pricing methodology | Percentage of dealings with documentation code |
|---|---|---|---|---|---|---|---|---|
| C $ | | ·00 | D $ | 518,504 | ·00 | E | 03 | F | 6 |

**11d Guarantees**

| | Expenditure | | | Revenue | | | Main pricing methodology | Percentage of dealings with documentation code |
|---|---|---|---|---|---|---|---|---|
| C $ | | ·00 | D $ | | ·00 | E | | F |

**11e Insurance**

| | Expenditure | | | Revenue | | | Main pricing methodology | Percentage of dealings with documentation code |
|---|---|---|---|---|---|---|---|---|
| C $ | | ·00 | D $ | | ·00 | E | | F |

**11f Reinsurance**

| | Expenditure | | | Revenue | | | Main pricing methodology | Percentage of dealings with documentation code |
|---|---|---|---|---|---|---|---|---|
| C $ | | ·00 | D $ | | ·00 | E | | F |

**11g Other financial dealings (specify in label H below)**

| | Expenditure | | | Revenue | | | Main pricing methodology | Percentage of dealings with documentation code |
|---|---|---|---|---|---|---|---|---|
| C $ | | ·00 | D $ | | ·00 | E | | F |

Description

H

    **Sensitive** (when completed)

2015 International dealings schedule
Dixon Advisory Group Limited
TFN: 94 644 163

RN: 100017101ID

Signature: ..............................................................................

**12  Did you have any other international related party dealings of a revenue nature not reported at questions 5 to 11?**

A  No ☒     Yes ☐  ▷ Provide the following information

Other (specify in label H below)

| | Expenditure | Revenue | Main pricing methodology | Percentage of dealings with documentation code |
|---|---|---|---|---|
| C $ | ·00 | D $ ·00 | E | F |

Description

H

**13  Did you dispose of or acquire any tangible/intangible property of a non-revenue (capital) nature to or from international related parties not reported at questions 5 to 11?**

A  No ☒     Yes ☐  ▷ Provide the following information

13a Tangible property

| | Consideration paid | Consideration received | Main capital asset pricing methodology | Percentage of dealings with documentation code |
|---|---|---|---|---|
| C $ | ·00 | D $ ·00 | G | F |

13b Intangible property

| | Consideration paid | Consideration received | Main capital asset pricing methodology | Percentage of dealings with documentation code |
|---|---|---|---|---|
| C $ | ·00 | D $ ·00 | G | F |

**14  Did you provide any of the following for no payment or a non-monetary payment, or receive any of the following for a non-monetary payment to/from an international related party?**
- **services**
- **assets**
- **liabilities**
- **property – tangible or intangible (eg. intellectual property)**
- **processes**
- **rights or obligations.**

A  No ☒     Yes ☐  ▷ Provide the following information (where applicable)

| | Capital | | Revenue | |
|---|---|---|---|---|
| | Foreign country | Nature of item | Foreign country | Nature of item |
| 14a No payment | B | C | D | E |
| 14b Non-monetary payment | B | C | D | E |

**15  Did you provide or receive share–based employee remuneration to or from an international related party?**

A  No ☒     Yes ☐  ▷ Provide the following information for any international related party recharge amounts you provided or received as part of those arrangements.

| | Deductions | Income | |
|---|---|---|---|
| Recharge amounts   C $ | ·00 | D $ | ·00 |

**16  Were you a party to a cost contribution arrangement for developing, producing or obtaining assets or rights with an international related party?**

A  No ☒     Yes ☐

2015 International dealings schedule
Dixon Advisory Group Limited

RN: 100017101ID

TFN: 94 644 163

Signature:......................................................................................

**17  Did a restructuring event(s) occur in the current year involving international related parties or your branch operations?**

A   No [X] ) Go to question 17b      Yes [ ]

17a  Provide the following information for the three most material restructuring event(s) involving international related parties or your branch operations.

*Restructuring event 1*

| Entity or branch | Capital value | Appendix 7 code | Foreign country | Percentage of dealings with documentation code |
|---|---|---|---|---|
| C [ ] | D [ ] | E [ ] | G [ ] | F [ ] |

Description

H [                                                                    ]

Was there a contemporaneous professional valuation study or transfer pricing analysis of the restructuring event undertaken?

I   No [ ]      Yes [ ]

*Restructuring event 2*

| Entity or branch | Capital value | Appendix 7 code | Foreign country | Percentage of dealings with documentation code |
|---|---|---|---|---|
| C [ ] | D [ ] | E [ ] | G [ ] | F [ ] |

Description

H [                                                                    ]

Was there a contemporaneous professional valuation study or transfer pricing analysis of the restructuring event undertaken?

I   No [ ]      Yes [ ]

*Restructuring event 3*

| Entity or branch | Capital value | Appendix 7 code | Foreign country | Percentage of dealings with documentation code |
|---|---|---|---|---|
| C [ ] | D [ ] | E [ ] | G [ ] | F [ ] |

Description

H [                                                                    ]

Was there a contemporaneous professional valuation study or transfer pricing analysis of the restructuring event undertaken?

I   No [ ]      Yes [ ]

17b  During the last three income years (including the current income year) did you revalue any assets following a restructuring event(s) involving international related parties or your branch operations?

B   No [X]      Yes [ ]

**Sensitive** (when completed)

2015 International dealings schedule
Dixon Advisory Group Limited
TFN: 94 644 163

RN: 100017101ID

Signature:................................................................................

**18   Do you have any branch operations (including Australian branch operations if you are a non-resident)?**

A  No |X|      Yes | | ) Provide the following information

Amounts claimed or returned for your internally
recorded dealings with your branch operations

| | | 18a Amounts borrowed | | 18b Amounts loaned | |
|---|---|---|---|---|---|
| Interest bearing loans | Average balance **I** $ | | ·00 | **I** $ | ·00 |
| | Interest **J** $ | | ·00 | **J** $ | ·00 |
| Interest free loans for TR 2005/11 | Average balance **K** $ | | ·00 | **K** $ | ·00 |

| | | Trading stock purchase costs | | Trading stock sales proceeds | |
|---|---|---|---|---|---|
| 18c Internal trading stock transfers | **I** $ | | ·00 | **J** $ | ·00 |

| | | Amounts claimed | | Amounts returned | |
|---|---|---|---|---|---|
| 18d Amounts claimed or returned for other internally recorded dealings | **I** $ | | ·00 | **J** $ | ·00 |

Description of amounts claimed/returned

**L**

ⓘ If you have more than one type of other internally recorded dealings show each type separately. That is, record an Amount claimed and/or an Amount returned, and a Description for each type of other internally recorded dealing. If you are lodging a paper return provide this additional information as an attachment to the Schedule.

## Section B: **Financial arrangements**

**19   Did you hold any financing arrangements during the income year where both of the following apply:**
  ■ the arrangement was entered into with international related parties
  ■ the characterisation between debt and equity is different under Division 974 of the *Income Tax Assessment Act 1997* (ITAA 1997) (debt equity rules) from your treatment for accounting purposes.

A  No |X|      Yes | | ) Provide the following information

| | | Amounts received | | Amounts provided | |
|---|---|---|---|---|---|
| Average quarterly balance of debt interests | **B** $ | | ·00 | **C** $ | ·00 |
| Average quarterly balance of equity interests | **D** $ | | ·00 | **E** $ | ·00 |

**20   Are you subject to the Taxation of Financial Arrangements rules contained in Division 230 of the ITAA 1997?**

A  No | |      Yes |X| ) Specify which tax timing method elections you have made.

| | | | |
|---|---|---|---|
| Fair value method **B** | | Foreign exchange retranslation method – qualifying foreign exchange account(s) election **D** | | Reliance on financial reports method **F** | |
| Foreign exchange retranslation method – general election **C** | | Hedging financial arrangements method **E** | | No elections made **G** |X| |

**Sensitive** (when completed)

2015 International dealings schedule
Dixon Advisory Group Limited
TFN: 94 644 163

RN: 100017101ID

Signature:...................................................................

## Section C: **Interests in foreign entities**

**21   Did you have any interests in controlled foreign companies (CFCs) or controlled foreign trusts (CFTs)?**

**A**  No ☐ ⟩ Go to question 24

Yes ☒ ⟩ Specify the number of CFCs and CFTs which you had an interest in at the end of your income year.

| Number of CFCs and CFTs | Listed countries | Specified countries | Other unlisted countries |
|---|---|---|---|
| | **B** 3 | **C** 0 | **D** 0 |

**22   Specify the amounts included in your assessable income under the following sections of the _Income Tax Assessment Act 1936_ (ITAA 1936).**

Section 456 – CFCs attributable income

| | | |
|---|---|---|
| Listed countries | **A** $ | ·00 |
| Specified countries | **B** $ | ·00 |
| Other unlisted countries | **C** $ | ·00 |
| Total | **D** $ | ·00 |

Section 457 – CFCs change of residence

**E** $    0 ·00

Section 459A – CFCs / CFTs and interposed Australian entities

**F** $    ·00

**23   Did you have a CFC that was a resident of an unlisted country that provided a benefit (as defined in section 47A of the ITAA 1936), either directly or indirectly, to you or any of your related entities at any time during the income year?**

**A**  No ☒    Yes ☐

**24   Do you have foreign branch operations or any direct or indirect interests in foreign companies or foreign trusts?**

**A**  No ☐ ⟩ Go to question 27

Yes ☒ ⟩ Specify the amount of foreign income you derived that is non-assessable under the following sections of the ITAA 1936 or ITAA 1997.

| | 24a Section 23AH – foreign branch income of Australian companies | | 24d Section 23AJ – non-portfolio dividends from foreign companies | |
|---|---|---|---|---|
| Listed countries | **B** $ | 0 ·00 | **B** $ | ·00 |
| Specified countries | **C** $ | ·00 | **C** $ | ·00 |
| Other unlisted countries | **D** $ | ·00 | **D** $ | ·00 |

24b Non deductible expenses incurred in deriving section 23AH non-assessable income

**E** $    ·00

| | 24c Section 23AI – amounts paid out of attributed CFC income | | 24e Subdivision 768-A – foreign equity distributions on minimum 10% participation interests in foreign companies | |
|---|---|---|---|---|
| Listed countries | **B** $ | ·00 | **B** $ | ·00 |
| Specified countries | **C** $ | ·00 | **C** $ | ·00 |
| Other unlisted countries | **D** $ | ·00 | **D** $ | ·00 |

**Sensitive** (when completed)

2015 International dealings schedule
Dixon Advisory Group Limited
TFN: 94 644 163

RN: 100017101ID

Signature: ........................................................................................

**25  Did you have any debt deductions in earning non-assessable non-exempt foreign income (s25-90 or 230-15(3))?**

A  No [X]     Yes [ ]   Specify the total amount of debt deductions claimed under s25-90 or 230-15(3) ITAA 1997.

Debt deductions in earning non-assessable non-exempt foreign income claimed under s25-90 or 230-15(3)   B $ [                    ] ·00

**26  Did you have any capital gains tax (CGT) events in relation to your interest in a foreign company?**

A  No [X]     Yes [ ]   Specify the total amount of the capital gains/losses made in respect of interests in foreign companies and the amounts of any reductions made pursuant to subdivision 768-G of the ITAA 1997.

Capital gain amounts      B $ [                    ] ·00

Capital gain reductions   C $ [                    ] ·00

Capital loss amounts      D $ [                    ] ·00

Capital loss reductions   E $ [                    ] ·00

**27  During the last three income years (including the current income year) did you directly or indirectly transfer property, money or services to a non-resident trust, where that non-resident trust was still in existence during that income year?**

A  No [X]     Yes [ ]   Provide the following information for the three transfers with the highest dollar value.

|  | Transfer amount | | Appendix 8 exemption code |
|---|---|---|---|
| Transfer 1 | B $ [                ] ·00 | C [ ] | |
| Transfer 2 | B $ [                ] ·00 | C [ ] | |
| Transfer 3 | B $ [                ] ·00 | C [ ] | |

**28  Were you a beneficiary of a non-resident trust or did you have an interest in, or an entitlement to acquire an interest in, either the income or capital of a non-resident trust during the income year?**

A  No [X]     Yes [ ]

**29  Were you a partner in a foreign hybrid limited partnership (FHLP) or shareholder in a foreign hybrid company (FHC)?**

A  No [ ]     Yes [X]   Provide the following information

Number of FHLPs or FHCs you had an interest in   B [   4 ]

Total amount of your share of net income/profit   C $ [                0 ] ·00

## Section D: Thin capitalisation

**30  Did the thin capitalisation rules affect you?**

A  No [X]   Go to question 40     Yes [ ]

**31  Has an Australian resident company elected under subdivision 820-FB of the ITAA 1997 to treat your qualifying Australian branch operations as part of a consolidated group, MEC group or a single company for thin capitalisation purposes?**

A  No [ ]     Yes [ ]   Provide the ABN of the entity making that election, then go to question 40.

Australian business number (ABN)  B [                    ]  Go to question 40

**32  What was your entity type at the end of the income year?**

A  Code [ ]

**33  Did you change your entity status from 'general' to 'financial' during the income year?**

A  No [ ]     Yes [ ]

2015 International dealings schedule
Dixon Advisory Group Limited
TFN: 94 644 163

RN: 100017101ID

Signature:.................................................................................................................

**34  What method did you use to calculate your average values?**

**A** Code ☐

**35  General information – *to be completed by all thin capitalisation entities***

| | | | |
|---|---|---|---|
| Debt deductions | **A** $ | | ·00 |
| Debt deductions on debt from related non-residents | **B** $ | | ·00 |
| Amount of debt deduction disallowed | **C** $ | | ·00 |
| Adjusted average debt | **D** $ | | ·00 |

**36  Were you an authorised deposit taking institution (ADI) for the income year?**
Answer 'Yes' if you entered code 7 or 8 at Question 32 label A.

**A**  No ☐   Yes ☐ ▶ Provide the following information where applicable

**All ADI entities**
(Adjusted) average equity capital

**B** $ [          ] ·00

Safe harbour capital amount

**C** $ [          ] ·00

Equity capital shortfall amount

**D** $ [          ] ·00

**Outward investing ADI**
Average value of risk weighted assets

**E** $ [          ] ·00

Equity capital attributable to overseas permanent establishment(s)

**F** $ [          ] ·00

**Outward investing ADI** – *continued*
Average value of risk weighted assets attributable to overseas permanent establishment(s)

**G** $ [          ] ·00

Average value of controlled foreign entity equity

**H** $ [          ] ·00

Tier 1 prudential capital deductions

**I** $ [          ] ·00

**Inward investing ADI**
Average value of risk weighted assets attributable to Australian permanent establishment(s)

**J** $ [          ] ·00

Average value of dotation capital

**K** $ [          ] ·00

**37  Were you a non-authorised deposit taking institution (non-ADI) for the income year?**
Answer 'Yes' if you entered code 1, 2, 3, 4, 5, 6, 9 or 10 at question 32, label A.

**A**  No ☐   Yes ☐ ▶ Provide the following information where applicable

**All non-ADI entities**
Average value of assets

**B** $ [          ] ·00

Asset revaluation amount for thin capitalisation purposes

**C** $ [          ] ·00

Safe harbour debt amount

**D** $ [          ] ·00

Excess debt amount

**E** $ [          ] ·00

Average value of non-debt liabilities

**F** $ [          ] ·00

Average value of associate entity debt

**G** $ [          ] ·00

Average value of associate entity equity

**H** $ [          ] ·00

**All non-ADI entities** – *continued*
Average value of associate entity excess amount

**I** $ [          ] ·00

Average value of excluded equity interests

**J** $ [          ] ·00

**Financial entity**
Average zero capital amount

**K** $ [          ] ·00

Average on-lent amount

**L** $ [          ] ·00

**Outward investing entity**
Average value of controlled foreign entity equity

**M** $ [          ] ·00

Average value of controlled foreign entity debt

**N** $ [          ] ·00

**38  Did you rely on arm's length tests?**

**A**  No ☐   Yes ☐ ▶ Provide your arm's length debt (non-ADI) or capital (ADI) amount

**B** $ [          ] ·00

**Sensitive** (when completed)

2015 International dealings schedule
Dixon Advisory Group Limited
TFN: 94 644 163

RN: 100017101ID

Signature:................................................................................................

**39  Did you rely on worldwide gearing debt/capital tests?**

A  No ☐     Yes ☐ ▸ Provide the following information where applicable

**ADI**

Worldwide group capital ratio
B ☐

Worldwide capital amount
C $ ☐ ·00

**Non-ADI**

Worldwide debt
D $ ☐ ·00

Worldwide equity
E $ ☐ ·00

Worldwide gearing debt amount
F $ ☐ ·00

Statement worldwide assets
G $ ☐ ·00

Average Australian assets
H $ ☐ ·00

## Section E: **Financial Services Entities**

**40  Are you a foreign bank or other qualifying financial entity that has not elected out of Part IIIB of the ITAA 1936?**

A  No ☒     Yes ☐ ▸ Provide the following information

Average quarterly notional amount taken to be borrowed under section 160ZZZ
B $ ☐ ·00

Notional amount of interest taken to be paid under section 160ZZZA
(excluding amounts attributable to OB activities of offshore banking units (OBUs))
C $ ☐ ·00

Notional amount of interest taken to be paid under section 160ZZZA attributable to OB activities of OBUs
D $ ☐ ·00

Amount of section 160ZZZJ withholding tax paid on notional interest amount
E $ ☐ ·00

**41  Were you an offshore banking unit (OBU) or the head company of a consolidated group that included an OBU?**

A  No ☒     Yes ☐ ▸ Provide the following information

**41a Borrowing**
Assessable OB income
B $ ☐ ·00

Net OB income/loss
C $ ☐ ·00 / ☐

Assessable OB income from related parties
D $ ☐ ·00

**41b Lending**
Assessable OB income
B $ ☐ ·00

Net OB income/loss
C $ ☐ ·00 / ☐

Assessable OB income from related parties
D $ ☐ ·00

**41c Guarantee-type**
Assessable OB income
B $ ☐ ·00

Net OB income/loss
C $ ☐ ·00 / ☐

Assessable OB income from related parties
D $ ☐ ·00

**41d Trading**
Assessable OB income
B $ ☐ ·00

Net OB income/loss
C $ ☐ ·00 / ☐

Assessable OB income from related parties
D $ ☐ ·00

2015 International dealings schedule
Dixon Advisory Group Limited
TFN: 94 644 163

RN: 100017101ID

Signature: .................................................................................

**41   Were you an offshore banking unit (OBU) or the head company of a consolidated group that included an OBU?** – *continued*

**41e  Eligible contract**
Assessable OB income
**B** $ [        ] ·00

Net OB income/loss
**C** $ [        ] ·00 / [  ]

Assessable OB income from related parties
**D** $ [        ] ·00

**41f  Investment**
Assessable OB income
**B** $ [        ] ·00

Net OB income/loss
**C** $ [        ] ·00 / [  ]

Assessable OB income from related parties
**D** $ [        ] ·00

**41g  Advisory**
Assessable OB income
**B** $ [        ] ·00

Net OB income/loss
**C** $ [        ] ·00 / [  ]

Assessable OB income from related parties
**D** $ [        ] ·00

**41h  Hedging**
Assessable OB income
**B** $ [        ] ·00

Net OB income/loss
**C** $ [        ] ·00 / [  ]

Assessable OB income from related parties
**D** $ [        ] ·00

**41i   Other – as declared by regulation**
Assessable OB income
**B** $ [        ] ·00

Net OB income/loss
**C** $ [        ] ·00 / [  ]

Assessable OB income from related parties
**D** $ [        ] ·00

**41j   General OB deduction and apportionable OB deductions**
**C** $ [        ] ·00

**41m Total assessable OB Income / less Total OB deductions**
Assessable OB income
**B** $ [        ] ·00

Net OB income/loss
**C** $ [        ] ·00 / [  ]

Assessable OB income from related parties
**D** $ [        ] ·00

**41n  Eligible fraction of foreign income tax on OB income claimed under division 770**
**E** $ [        ] ·00

**Sensitive** (when completed)

2015 International dealings schedule
Dixon Advisory Group Limited
TFN: 94 644 163

RN: 100017101ID

Signature:..............................................................................................

## Section F: **Miscellaneous**

**42  Did you have a Conduit Foreign Income balance and/or distribute amounts of Conduit Foreign Income during the income year?**

A  No $\boxed{X}$      Yes $\boxed{\phantom{X}}$ ▶ Provide the following information

Balance of conduit foreign income

B  $ [_____] $ .$\boxed{00}$ / $\boxed{\phantom{X}}$

Conduit foreign income distributed during income year

C  $ [_____] $ .$\boxed{00}$

**43  Do you have an unfranked non portfolio dividend account (section 46FB ITAA 1936)?**

A  No $\boxed{X}$      Yes $\boxed{\phantom{X}}$ ▶ Provide the following information

Balance of unfranked non-portfolio
dividend account at year end                    Code

B  $ [_____] $ .$\boxed{00}$ / $\boxed{\phantom{X}}$

**44  Did you pay amounts of interest exempt from withholding tax during the income year?**

A  No $\boxed{X}$      Yes $\boxed{\phantom{X}}$ ▶ Provide the following information

Interest paid to financial institution exempt
from withholding under a DTA                    DTA country

B  $ [_____] $ .$\boxed{00}$   C $\boxed{\phantom{XXXX}}$

Section 128F exempt interest paid

D  $ [_____] $ .$\boxed{00}$

Section 128FA exempt interest paid

E  $ [_____] $ .$\boxed{00}$

## Section G: **Taxpayer's declaration**

If the schedule is not lodged with the income tax return you are required to sign and date the schedule.

**Important**
Before making this declaration check to ensure that all the information required has been provided on this form and any attachments to this form, and that the information provided is true and correct in every detail. If you are in doubt about any aspect of the tax return, place all the facts before the ATO. The income tax law imposes heavy penalties for false or misleading statements.

**Privacy**
Taxation law authorises the ATO to collect information and disclose it to other government agencies. This includes personal information of the person authorised to sign the declaration. For information about your privacy go to **ato.gov.au/privacy**

**Declaration:**
I declare that the information on this form is true and correct.

Signature

[_____]   Date $\boxed{\phantom{X}}\boxed{\phantom{X}}$ / $\boxed{\phantom{X}}\boxed{\phantom{X}}$ / $\boxed{\phantom{X}}\boxed{\phantom{X}}\boxed{\phantom{X}}\boxed{\phantom{X}}$

Contact name

Jason Yao

Daytime contact number (include area code)

0282367700

2015 Company tax return

| | |
|---|---|
| Name | Dixon Advisory Group Limited |
| TFN | 94 644 163 |

## PART A
## Electronic Lodgement Declaration (Form C)

**This declaration is to be completed where the tax return is to be lodged via the Tax Office's electronic lodgement service (ELS). It is the responsibility of the taxpayer to retain this declaration for a period of five years after the declaration is made, penalties may apply for failure to do so.**

### Privacy

Taxation law authorises the ATO to collect information including personal information about the person authorised to sign the declaration. For information about your privacy go to ato.gov.au/privacy

### Electronic funds transfer – direct debit

Where you have requested an EFT direct debit some of your details will be provided to your financial institution and the Tax Office's sponsor bank to facilitate the payment of your taxation liability from your nominated account.

| TFN | 94 644 163 | Name | Dixon Advisory Group Limited | Year | 2015 |
|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Total Income / Loss | $130,785,522 | Reconciliation | $5,250,936 |
| Total Expenses | $110,372,683 | Taxable Income / Loss | $25,663,775 |

I authorise my tax agent to electronically transmit this tax return via the electronic lodgment service.

**Important:**

Before making this declaration please check to ensure that all income has been disclosed and the tax return is true and correct in every detail. If you are in doubt about any aspect of the tax return, place all the facts before the Tax Office. The tax law provides heavy penalties for false or misleading statements on tax returns.

**Declaration: I declare that:**

• the information provided to the agent for the preparation of this tax return, including any applicable schedules is true and correct, and
• the agent is authorised to lodge this tax return.

| Signature | | Date | 11/1/16 |
|---|---|---|---|

## PART B
## Electronic Funds Transfer Consent

This declaration is to be completed when an electronic funds transfer (EFT) of a refund is requested and the tax return is being lodged through the electronic lodgment service ELS.

This declaration must be signed by public officer prior to the EFT details being transmitted to the Tax Office. If you elect for an EFT, all details below must be completed.

**Important:** Care should be taken when completing EFT details as the payment of any refund will be made to the account specified.

| Account name | Dixon Advisory Pty Limited | Agent's reference number | 14816 007 |
|---|---|---|---|
| BSB | 082-057 | Account number | 692065066 | | |

I authorise the refund to be deposited directly to the specified account

| Signature | | Date | 11/1/16. |
|---|---|---|---|

## PART D
## Tax agent's certificate (shared facility users only)

I declare that:
• I have prepared this tax return in accordance with the information supplied by the public officer
• I have received a declaration made by the entity that the information provided to me for the preparation of this tax return is true and correct, and
• I am authorised by the public officer to lodge this tax return, including any applicable schedules.

| Agent's signature | | Date | |
|---|---|---|---|
| Contact name | Jason Yao | | |

| Agent's phone number | 02 | 82367700 | Agent reference | 14816 007 | Client reference | 3475 |
|---|---|---|---|---|---|---|

2015 Company tax return

Name    Dixon Advisory Group Limited

TFN    94 644 163

Signature_____

## Electronic Lodgement Declaration (Form C)

### When should this declaration be completed?

Complete this declaration if you would like your tax agent to prepare and lodge your tax return via the Tax Office's electronic lodgment service (ELS).

### About this declaration

The declaration is divided into four parts:

**PART A**  (Compulsory)    **Taxpayer's declaration relating to the ELS component of lodgment of a tax return**

As your tax return is to be lodged via the ELS, you are required to complete Part A of this declaration. This gives your tax agent the authority to lodge your tax return via the ELS.

**PART B**  (Optional)        **Taxpayer's consent relating to the electronic funds transfer (EFT) of an anticipated income tax refund**

If your anticipated tax refund is to be deposited by EFT to a specific account, you must complete Part B of this declaration. You may nominate the financial account of your choice. (Include only the name of the account on this form. BSB and account number details are to be included on the tax return. If the account is your tax agent's account include the agent reference number.)

**PART C**  (Optional)        **Taxpayers declaration relating to schedules that are also being transmitted with the return form.**

If any schedules are being transmitted with the return form, the tax payer must sign the declaration in relation to the schedule.  Schedules not being transmitted are not to be included.

**PART D**  (Compulsory)    **Tax agent's declaration relating to the taxpayer's authorisation**

If the taxpayer has authorised the lodgment of their tax return via the ELS by completing Part A of this declaration, and you (the tax agent) are registered and lodging with the ELS under the shared facility arrangements, you must complete Part C.

**Legislation requires that the original declaration be maintained by the taxpayer for a period of five years, penalties may apply for failure to do so.**

Exhibit C
2015 Australian Income Correction Summary

DIXON ADVISORY GROUP LIMITED
AMENDMENT TO 2015 INCOME TAX RETURN
TAX FILE NUMBER: 94 644 163

| ITEM | LABEL | DESCRIPTION | VALUE PER ORIGINAL ITR | VALUE PER AMENDED ITR | DIFFERENCE |
|---|---|---|---|---|---|
| 7 | W | Non-deductible expenses | 6,971,751.00 | 7,256,890.00 | 285,139.00 |
| 7 | T | Taxable/net income or loss | 25,663,775.00 | 25,948,914.00 | 285,139.00 |
| Calculation statement | A | Taxable or net income | 25,663,775.00 | 25,948,914.00 | 285,139.00 |
| Calculation statement | T1 | Tax on taxable or net income | 7,699,132.50 | 7,784,674.20 | 85,541.70 |
| Calculation statement | B | Gross tax | 7,699,132.50 | 7,784,674.20 | 85,541.70 |
| Calculation statement | T2 | Subtotal 1 | 7,291,989.50 | 7,377,531.20 | 85,541.70 |
| Calculation statement | T3 | Subtotal 2 | 7,291,989.50 | 7,377,531.20 | 85,541.70 |
| Calculation statement | T4 | Subtotal 3 | 7,291,989.50 | 7,377,531.20 | 85,541.70 |
| Calculation statement | T5 | Tax payable | 7,291,989.50 | 7,377,531.20 | 85,541.70 |
| Calculation statement | S | Amount due or refundable | 3,516,826.50 | 3,602,368.20 | 85,541.70 |

Reason:   Reimbursement for fitout costs incurred by the client of $285,139.00 was incorrectly treated on capital account for tax purposes in the preparation of the original income tax return.

Tax Agent Number:41481 6007

Date: 22 January 2016

Exhibit D
Approved Form SS-4 Recognizing Dixon Advisory Group as a DRE

TOTAL P.02

| Form **SS-4** (Rev. January 2010) Department of the Treasury Internal Revenue Service | **Application for Employer Identification Number** (For use by employers, corporations, partnerships, trusts, estates, churches, government agencies, Indian tribal entities, certain individuals, and others.) ► See separate instructions for each line. ► Keep a copy for your records. | OMB No. 1545-0003 EIN **98-1289710** |
|---|---|---|

**Type or print clearly.**

**1** Legal name of entity (or individual) for whom the EIN is being requested
**Dixon Advisory Group, Pty. Ltd.**

**2** Trade name of business (if different from name on line 1)

**3** Executor, administrator, trustee, "care of" name
**CARE OF: Castro & Co., LLC**

**4a** Mailing address (room, apt., suite no. and street, or P.O. box)
**c/o Castro & Co., 121 S Orange Ave, Suite 1500**
**4b** City, state, and ZIP code (if foreign, see instructions)
**Orlando, FL 32801  UNITED STATES OF AMERICA**

**5a** Street address (if different) (Do not enter a P.O. box.)
**Level 15, 100 Pacific Highway**
**5b** City, state, and ZIP code (if foreign, see instructions)
**North Sydney NSW 2060 AUSTRALIA**

**6** County and state where principal business is located
**Foreign - Australia**

**7a** Name of responsible party
**Alan Dixon**
**7b** SSN, ITIN, or EIN ▓▓▓▓7587

**8a** Is this application for a limited liability company (LLC) (or a foreign equivalent)?  ☑ Yes  ☐ No
**8b** If 8a is "Yes," enter the number of LLC members ► **50**

**8c** If 8a is "Yes," was the LLC organized in the United States?  ☐ Yes  ☐ No

**9a** Type of entity (check only one box).
☐ Sole proprietor (SSN)
☑ Partnership
☐ Corporation (enter form number to be filed) ►
☐ Personal service corporation
☐ Church or church-controlled organization
☐ Other nonprofit organization (specify) ►
☐ Other (specify) ►
☐ Estate (SSN of decedent)
☐ Plan administrator (TIN)
☐ Trust (TIN of grantor)
☐ National Guard  ☐ State/local government
☐ Farmers' cooperative  ☐ Federal government/military
☐ REMIC  ☐ Indian tribal governments/enterprises
Group Exemption Number (GEN) if any ►

**9b** If a corporation, name the state or foreign country (if applicable) where incorporated — State / Foreign country

**10** Reason for applying (check only one box)
☐ Started new business (specify type) ►
☐ Hired employees (Check the box and see line 13.)
☑ Compliance with IRS withholding regulations
☐ Other (specify) ►
☐ Banking purpose (specify purpose) ►
☐ Changed type of organization (specify new type) ►
☐ Purchased going business
☐ Created a trust (specify type) ►
☐ Created a pension plan (specify type) ►

**11** Date business started or acquired (month, day, year). **05 / 30 / 1986**
**12** Closing month of accounting year **June**

**13** Highest number of employees expected in the next 12 months (enter -0- if none).
Agricultural | Household | Other

**14** If you expect your employment tax liability to be $1,000 or less in a full calendar year and want to file Form 944 annually instead of Forms 941 quarterly, check here. ☐

**15** First date wages or annuities were paid (month, day, year).

**16** Check one box that best describes the principal activity of your business.
☐ Construction  ☐ Rental & leasing  ☐ Transportation & warehousing  ☐ Health care & social assistance  ☐ Wholesale-agent/broker
☐ Real estate  ☐ Manufacturing  ☑ Finance & insurance  ☐ Accommodation & food service  ☐ Wholesale-other  ☐ Retail
☐ Other (specify)

**17** Indicate principal line of merchandise sold, etc.
**Superannuation Administration**

**18** Has the applicant entity shown on line 1 ever applied for and received an EIN?  ☐ Yes  ☑ No

**Third Party Designee**
Designee's name **JOHN ANTHONY CASTRO, J.D., LL.M.**
Address and ZIP code **1701 PENNSYLVANIA AVENUE NW, SUITE 300, WASHINGTON, DC 20006**
Designee's telephone number ( 202 ) 792-6600
Designee's fax number ( 866 ) 700-7595

Name and title ► **Alan Dixon**
Applicant's telephone number ( 202 ) 792-6600
Signature ► Date ► **02/08/2016**
Applicant's fax number ( 866 ) 700-7595

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.  Cat. No. 16055N  Form **SS-4** (Rev. 1-2010)

EIN FEB 0 9 2016

RECEIVED BY IRS-EEFAX  02/08/2016 7:39PM (GMT-05:00)