LoFaro & Reiser, L.L.P.
(Glenn R. Reiser (NJ Bar 021481990)
20 Court Street, STE 4
Hackensack, New Jersey 07601
Tel: (201) 498-0400
Fax: (201) 498-0016
Email: greiser@new-jerseylawyers.com
Attorneys for Petitioner

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| ALAN C. DIXON, | Case No.: |
|---|---|
| Petitioner, | Civil Action |
| vs. | |
| UNITED STATES OF AMERICA, | **[PROPOSED] ORDER GRANTING VERIFIED PETITION TO QUASH FORMAL DOCUMENT REQUEST** |
| Respondent. | |

Upon consideration of the Verified Petition to Quash the Formal Document Request issued by the United States of America, Department of the Treasury, Internal Revenue Service on or about March 25, 2019 seeking records and testimony related to Petitioner, and any opposition thereto from Respondent, and for good cause shown;

IT IS on this _____ day of _____, 2019, ORDERED that the Petition is GRANTED, and the Formal Document Request issued by the Internal Revenue Service to Petitioner is hereby QUASHED in its entirety.

BY THE COURT:

_____
U.S.D.J.