

|  | U.S. Department of Justice |  |
|---|---|---|
|  | Tax Division | |
|  | *Civil Trial Section, Eastern Region* | |
| REZ:DSM:WWBenson | P.O. Box 227 | Telephone: 202-514-9642 |
| DJ 5-48-22955 | Washington, D.C. 20044 | Telecopier: 202-514-6866 |
| CMN 2019101217 | | |

December 4, 2019

Via Email and ECF

Hon. Leda Dunn Wettre
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Room 4015
Newark, NJ 07101

      Re:   *Alan C. Dixon v. United States of America*
              2:19-CV-14101 (MCA)(LDW) (D.N.J.)

Dear Judge Wettre,

      Respondent the United States of America requests, with the consent of petitioner Alan C. Dixon, a 30-day stay of this proceeding and an adjournment of the hearing currently scheduled for Monday, December 9. Mr. Dixon is producing certain documents responsive to the summons served on him by the IRS. The parties anticipate that within 30 days, he will have produced sufficient documents to permit the United States to withdraw its motion to enforce the petition and for Mr. Dixon to voluntary dismiss the petition itself. The parties therefore request that the Court stay this action for 30 days and adjourn the December 9 hearing. If, after 30 days, the parties are unable to resolve the matter, they will inform the Court that a further hearing will be necessary.

                                                Sincerely yours,

                                                */s/ Ward W. Benson*
                                                WARD W. BENSON
                                                Trial Attorney
                                                Civil Trial Section, Eastern Region